**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6681**

———————

DWAYNE DELESTON,

                                        Plaintiff - Appellant,

         versus

NORTH CHARLESTON POLICE DEPARTMENT; JAMES W.
ROWAN, II; TERRY CAULDER, Officer,

                                        Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  David C. Norton, District Judge.
(CA-04-546)

———————

Submitted:  October 20, 2004        Decided:  November 4, 2004

———————

Before MICHAEL, TRAXLER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Dwayne Deleston, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Dwayne Deleston appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Deleston v. North Charleston Police Dep't, No. CA-04-546 (D.S.C. Mar. 29, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED